IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TOMAS GALVEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 306-18 |
| | ) |
| MICHAEL PUGH, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This petition is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 24th day of May, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT